

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information through PACER. Please click HERE for instructions.

*If your contact information is correct in PACER but not in CM/ECF, please send an email from your law firm email address to: ECF_PasswordResets_ILND@ilnd.uscourts.gov to request an update to your information.*

Name   Alison Chan

Firm   EQUAL ACCESS LAW GROUP, PLLC

Street Address   4903 Avenue N

City/State/Zip Code   Brooklyn, NY 11234

Phone Number   929-442-2154

Email address   Achan@ealg.law

ARDC (Illinois State Bar members, only)   N/A

If you have previously filed an appearance with this court using a different name, enter that name.
N/A

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Alison Chan                                     3/25/2026
_____     _____
Signature of Attorney                            Date

Rev. 07032025

## Attachment A

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:25-cv-06842 | Williams v. Alldecor, LLC | Manish S. Shah |
| 1:25-cv-08861 | Bowman v. Flora 247, Inc. | Jorge L. Alonso |
| 1:25-cv-09298 | Bowman v. Longcap Lamson Products, LLC | Sunil R. Harjani |
| 1:25-cv-09688 | Pittman v. Fera Co., LLC | Elaine E. Bucklo |
| 1:25-cv-09689 | Williams v. Lenovo (United States), Inc. | Thomas M. Durkin |
| 1:25-cv-09804 | Henry v. Roti Restaurants, LLC | April M. Perry |
| 1:25-cv-09830 | Walker v. Alembika USA, LLC | Manish S. Shah |
| 1:25-cv-09831 | Walker v. Shop Avara, LLC | Jorge L. Alonso |
| 1:25-cv-10242 | Walker v. John Boos & Co. | Thomas M. Durkin |
| 1:25-cv-10824 | Walker v. Peach Skin Sheets, L.L.C | John Robert Blakey |
| 1:25-cv-10835 | Bahena v. Half/Nuts, Inc. | Steven C. Seeger |
| 1:25-cv-10905 | Cole v. Kingsmen Premium, LLC | Mary M. Rowland |
| 1:25-cv-11292 | Bowman v. Dresstalks, Ltd. | Joan H. Lefkow |
| 1:25-cv-11306 | Bahena v. Nuts on Clark, Inc. | Steven C. Seeger |
| 1:25-cv-11415 | Davis v. Erhco, Inc. | Charles P. Kocoras |
| 1:25-cv-11424 | Bennett v. Lenny's Shoe & Apparel, Inc. | Sara L. Ellis |
| 1:25-cv-11629 | Bahena v. Pompeii 3, Inc. | LaShonda A. Hunt |
| 1:25-cv-11631 | Evans v. Uncharted Supply Company, Inc. | LaShonda A. Hunt |
| 1:25-cv-11978 | Bahena v. Atamos, LLC | Joan H. Lefkow |
| 1:25-cv-13407 | Henry v. Jade Industries, Inc. | April M. Perry |
| 1:25-cv-13409 | Evans v. Clean Cause, Inc. | April M. Perry |
| 1:25-cv-13576 | Evans v. Fishpond, Inc | John J. Tharp, Jr |
| 1:25-cv-13578 | Youngren v. Gerber Childrenswear, LLC | April M. Perry |
| 1:25-cv-13580 | Hampton v. Steele-Weddle Running Centre Inc. | Thomas M. Durkin |
| 1:25-cv-14992 | Echols v. Ecstase, Inc. | Andrea R. Wood |
| 1:25-cv-14996 | Davis v. Home Wet Bar, LLC | Charles P. Kocoras |
| 1:25-cv-14997 | Evans v. Okuma Fishing Tackle Corporation | LaShonda A. Hunt |
| 1:25-cv-15375 | Ford v. Asa Universal Inc. | Joan H. Lefkow |
| 1:25-cv-15547 | Echols v. CKC Enterprises, Inc. | Jeffrey I Cummings |

| | | |
|---|---|---|
| 1:25-cv-15613 | Youngren v. Tubby Todd Bath Co. LLC | Sharon Johnson Coleman |
| 1:25-cv-15740 | Hampton v. Skratch Labs, LLC | Georgia N. Alexakis |
| 1:25-cv-15742 | Youngren v. Vernon Powell Shoe Company | LaShonda A. Hunt |
| 1:25-cv-15789 | Youngren v. Genfoot America, LLC | Martha M. Pacold |
| 1:26-cv-00017 | Ford v. Ayablu Incorporated | Andrea R. Wood |
| 1:26-cv-00018 | Davis v. Wacoal America, Inc. | Edmond E. Chang |
| 1:26-cv-00027 | Walker v. Inn Beauty Lab Inc. | Lindsay C. Jenkins |
| 1:26-cv-00029 | Youngren v. Heard Design, LLC. | Manish S. Shah |
| 1:26-cv-00030 | Pittman v. Celeb Luxury, LLC. | Steven C. Seeger |
| 1:26-cv-00357 | Wood v. Naked Whey, Inc. | Sunil R. Harjani |
| 1:26-cv-00373 | Cole v. HeadAmp Audio Electronics, Inc. | Edmond E. Chang |
| 1:26-cv-00376 | Wood v. Remedy Wholesale, LLC | Martha M. Pacold |
| 1:26-cv-00379 | Youngren v. Wu's House, Inc. | Sunil R. Harjani |
| 1:26-cv-00949 | Davis v. Cometeer, Inc. | Georgia N. Alexakis |
| 1:26-cv-00950 | Henry v. Bespoke Color Company, LLC | John Robert Blakey |
| 1:26-cv-00951 | Bowman v. Edloe Finch, LLC | LaShonda A. Hunt |
| 1:26-cv-01014 | Davis v. Avo's & Company, Inc. | Manish S. Shah |
| 1:26-cv-01019 | Williams v. Super7 OpCo LLC | Manish S. Shah |
| 1:26-cv-01034 | Evans v. JC Licht, LLC | Andrea R. Wood |
| 1:26-cv-01065 | Bennett v. Kanno Enterprises, LLC | Mary M. Rowland |
| 1:26-cv-01067 | Bennett v. What We Make, Inc. | Martha M. Pacold |
| 1:26-cv-01084 | Anderson v. American Dental Associates, LTD. | Rebecca R. Pallmeyer |
| 1:26-cv-01086 | Bahena v. ELC Online Inc. | Sharon Johnson Coleman |
| 1:26-cv-01096 | Anderson v. Rajul Patel Professional Corporation | LaShonda A. Hunt |
| 1:26-cv-01211 | Bahena v. Kahala Franchising, LLC | Sunil R. Harjani |
| 1:26-cv-01212 | Bahena v. Auraglow LLC | April M. Perry |
| 1:26-cv-01214 | Hussein v. Glam And Glits Nail Design, Inc. | Jeremy C. Danie |
| 1:26-cv-01215 | Hussein v. WishGarden Herbs, Inc. | John F. Kness |
| 1:26-cv-01285 | Hussein v. Shani Darden Skincare, Inc. | Franklin U. Valderrama |

| | | |
|---|---|---|
| 1:26-cv-01287 | Anderson v. Very Great Brands LLC | April M. Perry |
| 1:26-cv-01288 | Hussein v. Made By Mary, LLC | Elaine E. Bucklo |
| 1:26-cv-01382 | Wood v. Somnos, LLC | John F. Kness |
| 1:26-cv-01391 | Cole v. Hint, Inc. | Joan B. Gottschall |
| 1:26-cv-01553 | Echols v. Etam Usa Inc | Sara L. Ellis |
| 1:26-cv-01556 | Bennett v. Corsair Memory, Inc. | LaShonda A. Hunt |
| 1:26-cv-01558 | Henry v. Odacite Inc. | LaShonda A. Hunt |
| 1:26-cv-01559 | Echols v. Vidaxl LLC | April M. Perry |
| 1:26-cv-01590 | Wood v. Z-man Fishing Products, Inc. | Joan H. Lefkow |
| 1:26-cv-01591 | Wood v. Catalina Rug Gallery, Inc. | Jorge L. Alonso |
| 1:26-cv-01890 | Bowman v. Fab Glass And Mirror, LLC | Joan H. Lefkow |
| 1:26-cv-01892 | Anderson v. I Am Beyond, LLC | John F. Kness |
| 1:26-cv-01893 | Anderson v. Layla Sleep Inc. | Georgia N. Alexakis |
| 1:26-cv-02067 | Bowman v. Godinger Silver Art Ltd. | Jeffrey I Cummings |
| 1:26-cv-02069 | Evans v. Worldwide Golf Shops LLC | Georgia N. Alexakis |
| 1:26-cv-02070 | Ford v. Weezie, Inc. | Joan H. Lefkow |
| 1:26-cv-02071 | Walker v. Underoutfit, Inc. | Sharon Johnson Coleman |
| 1:26-cv-02073 | Anderson v. Succulents Depot LLC | Georgia N. Alexakis |
| 1:26-cv-02075 | Bennett v. MTB Acquisition, LLC | Jeffrey I Cummings |
| 1:26-cv-02077 | Bahena v. House Of Brands LLC | Robert W. Gettleman. |
| 1:26-cv-02079 | Anderson v. Hooey, LLC | Sharon Johnson Coleman |
| 1:26-cv-02112 | Wood v. Blade HQ, LLC | Jeffrey I Cummings |
| 1:26-cv-02116 | Davis v. Drapify Home, Inc. | Matthew F. Kennelly |
| 1:26-cv-02122 | Anderson v. Dreame Technology Usa Inc. | Joan B. Gottschall |
| 1:26-cv-02129 | Echols v. Harney & Sons Tea Corp. | Joan B. Gottschall |
| 1:26-cv-02133 | Pittman v. Plaza Artist Materials Of The Mid-Atlantic, Inc. | Steven C. Seeger |
| 1:26-cv-02136 | Youngren v. Smoky Mountain Knife Works, Inc. | Charles P. Kocoras |
| 1:26-cv-02138 | Royal v. STS Electronic Recycling, Inc. | John Robert Blakey |
| 1:26-cv-02509 | Wood v. Weber Grill Restaurants, LLC | Andrea R. Wood |
| 1:26-cv-02510 | Anderson v. Matterly, LLC | Sharon Johnson Coleman |
| 1:26-cv-02512 | Bahena v. Lifestyle Barn, LLC | Elaine E. Bucklo |
| 1:26-cv-02519 | Bahena v. Frank's Sport Shop, Inc. | Jeremy C. Daniel |

| 1:26-cv-02523 | Bennett v. Fountain Pen Revolution LLC | April M. Perry |
|---|---|---|
| 1:26-cv-02543 | Hussein v. Veiled Collection LLC | Sara L. Ellis |
| 1:26-cv-02553 | Henry v. Z Supply, LLC | LaShonda A. Hunt |
| 1:26-cv-02624 | Youngren v. Minnow Swim LLC | Jorge L. Alonso |
| 1:26-cv-02628 | Youngren v. Posh Peanut, Inc. | Jeremy C. Daniel |
| 1:26-cv-02664 | Nonato v. WAMA Underwear LLC | Charles P. Kocoras |
| 1:26-cv-02665 | Pittman v. Beauty Care Choices | Georgia N. Alexakis |
| 1:26-cv-02667 | Henry v. Carved, LLC | Sara L. Ellis |
| 1:26-cv-02674 | Hampton v. Eos Products, LLC | Elaine E. Bucklo |
| 1:26-cv-02677 | Hampton v. The Occasions Group, Inc. | Matthew F. Kennelly |
| 1:26-cv-02680 | Hussein v. Live Nation Entertainment, Inc. | Rebecca R. Pallmeyer |
| 1:26-cv-02689 | Nonato v. Slowtide, LLC | Sharon Johnson Coleman |
| 1:26-cv-02949 | Anderson v. Miss Amara, Inc | Sharon Johnson Coleman |
| 1:26-cv-03000 | Booker v. Pattern Brands, LLC | Joan H. Lefkow |
| 1:26-cv-03083 | Henry v. Prime Prometics, Inc. | Joan H. Lefkow |
| 1:26-cv-03088 | Booker v. Jackson Family Wines, Inc. | Andrea R. Wood |
| 1:26-cv-03129 | Henderson v. Wahl Clipper Corporation | Franklin U. Valderrama |
| 1:26-cv-03130 | Vaughn v. The Mill At Janie's Farm, LLC | Manish S. Shah |
| 1:26-cv-03180 | Echols v. Nuts To You, Inc. | Thomas M. Durkin |
| 1:26-cv-03181 | Barlow v. Clive Holdings, LLC | Jorge L. Alonso |
| 1:26-cv-03182 | Vaughn v. Taste It Inc. | Jeffrey I Cummings |