ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)

Alison Chan | SBN: 77207
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main St  Flushing, NY 113671305

TELEPHONE NO.: (844) 731-3343 | FAX NO. | E-MAIL ADDRESS (Optional): Tmiller@ealg.law
ATTORNEY FOR (Name): Plaintiff: TAZINIQUE ECHOLS

## UNITED STATES DISTRICT COURT

STREET ADDRESS: 219 South Dearborn Street

MAILING ADDRESS:

CITY AND ZIP CODE: CHICAGO, IL 60604

BRANCH NAME: NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Hearing Date: | Room: |
| Hearing Time: | Dept: |

PLAINTIFF: TAZINIQUE ECHOLS

DEFENDANT: Nuts To You, Inc.

CASE NUMBER:

1:26-cv-3180

## PROOF OF SERVICE

Ref. No. or File No.:

1:26-cv-3180

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS; COMPLAINT; NOTIFICATION OF DOCKET ENTRY**

PARTY SERVED: **Nuts To You, Inc.**

BY LEAVING WITH: **Justin Burnstein - Employee**

DATE & TIME OF DELIVERY: **4/6/2026**
**10:05 AM**

ADDRESS, CITY, AND STATE: **4454 Penn St**
**Philadelphia, PA 191243625**

PHYSICAL DESCRIPTION:
| | | |
|---|---|---|
| **Age: 40** | **Weight: 155** | **Hair: Brown** |
| **Sex: Male** | **Height: 5'8** | **Eyes:** |
| **Skin: Caucasian** | **Marks: Unshaven Face** | |

MANNER OF SERVICE:

**Substituted Service -** By leaving the copies with or in the presence of Justin Burnstein a person at least 18 years of age apparently in charge at the office or usual place of business of the person served.  I informed him/her of the general nature of the papers.  A declaration of diligence is attached.  I thereafter mailed the copies to the person served, addressed as shown in above address, by first-class mail, postage prepaid, on  April 7, 2026 from Sacramento.

Fee for Service: $ 90.00



County:
Registration No.:  10188
A2Z Attorney Service
1401 Garden Hwy, #100
Sacramento, CA 95833
(916) 436-5484
Ref: 1:26-cv-3180

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  April 7, 2026.



Signature:

Jeffery A. Presgraves

## PROOF OF SERVICE

Order#: 98195/General

Attorney or Party without Attorney:
Alison Chan, SBN: 77207
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main St
Flushing, NY 113671305
TELEPHONE No.: (844) 731-3343

E-MAIL ADDRESS (Optional): Tmiller@ealg.law
FAX No. (Optional):

Attorney for: Plaintiff TAZINIQUE ECHOLS

Ref No. or File No.:
1:26-cv-3180

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF ILLINOIS

Plaintiff: TAZINIQUE ECHOLS

Defendant: Nuts To You, Inc.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 1:26-cv-3180 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS; COMPLAINT; NOTIFICATION OF DOCKET ENTRY

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

   a. Date of Mailing:       April 7, 2026
   b. Place of Mailing:     Sacramento, CA
   c. Addressed as follows:   Nuts To You, Inc.
                             4454 Penn St
                             Philadelphia, PA 19124-3625

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Sacramento, California in the ordinary course of business.

Fee for Service: $ 90.00
    A2Z Attorney Service
    1401 Garden Hwy, #100
    Sacramento, CA 95833
    (916) 436-5484
    www.a2zattorneyservice.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **April 7, 2026**.

Signature: _____

**Shanice Johnson C.C.P.S.**
(Signature)

**PROOF OF SERVICE BY MAIL**

Order#: 98195/mailproof