**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TAZINIQUE ECHOLS, on behalf of herself
and all others similarly situated,

                Plaintiffs,

       v.

Nuts to You, Inc.,

                Defendant.

Civil Action No. 1:26-cv-03180

Hon. Thomas M. Durkin

**NOTICE OF SETTLEMENT**

        **PLEASE TAKE NOTICE,** that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing confidential settlement terms and conditions and we anticipate filing a Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

  Dated:  May 26, 2026

                                     **/s/ Alison Chan**
                                     By: Alison Chan, Esq.
                                     EQUAL ACCESS LAW GROUP, PLLC
                                     4903 Avenue N
                                     Brooklyn, NY 11234
                                     O: 844-731-3343
                                     D: 929-442-2154
                                     Email: Achan@ealg.law
                                     *Attorneys for Plaintiff*

1